*Prince Frederick* vs. *Serena, 1744*

Colony of R$^D$ Island etc Curia Admiralitatis    At A Court of Vice Admiralty held at Newport in the Colony Afores$^d$ On Thursday the 12th April 1744 At ten AClock A. M.

Before the Hon$^{ble}$ Leonard Lockman Esq$^r$ Judge M$^r$ Joseph Cowley being Sworn Interpreter of the Spanish Tongue by Consent of the Court.   Benneto farino of Galicia Gunner of the Scooner Serena being Sworn in. Court gave the following Ans$^{rs}$ to the following Questions

Qn$^t$  have you any knowledge of this Scooner sent into this Port by W$^m$ Allan and John Dennis and what

An$^r$  Yes she is Called the Serena and comanded by Don Benito Araujo

Q$^t$  What Place did you sail from and where bound

An$^r$  from Campechy and bound to the Havana

Q$^n$  Who did she belong to

An$^r$  To the King of Spain

Q$^t$  What did the Cargo Consist of

An$^r$  of Salt, Shoes Skins Thread and Cotton Coverlids

$Q^t$  Was $y^r$ Cap$^t$ an Officer and had any Com$^r$ from the King of Spain
$An^r$  Yes
$Q^t$  How many hands was there on board
$An^r$  Nineteen in all who were Subjects of the King of Spain
$Q^t$  What Canon had She on board
$An^r$  Six Guns.
$Q^t$  In whose Service was you and who was to make Satisfaction for your Wages
$An^r$  I was in the King of Spains Service and Ship'd on board A Spanish Man of war called the S$^t$ Anns and from thence put on board the Scooner Afores$^d$
$Qu^t$  when and where was said Scooner taken and by whom
$An^r$  she was taken the 5th March N: S within three Leagues of the Havana by Cap$^t$ John Dennis in the Sloop Prince frederick

The Mark   $\times$   of Beneto Fariña on board the<br>Schooner Serena

Gasper Montjore of Catalonia Mariner on oath gave the following Answers to the following Questions
$Q^t$  have you any Knowledge of the Scooner sent into this Port by Cap$^t$ W$^m$ Allen and Cap$^t$ John Dennis and what.
$An^r$  Yes she is called the Serena and Commanded by Don Beneto Araujo
$Q^t$  what Place did you sail from and where bound
$An^r$  from Campechy bound to the Havana
$Q^t$  Who did she belong to
$An^r$  To the King of Spain
$Q^n$  What did $y^r$ Cargo Consist of
$An^r$  Salt Shoes leather thread and Cotton Coverlids
$Q^n$  Was the Cap$^t$ an Officer and had he A Commission from the King of Spain
$An^r$  Yes.
$Q^n$  How many men had you on board at the time of your being taken
$An^r$  Nineteen and all Subjects of the King of Spain
$Q^n$  What Number of Canon did $y^r$ Scooner Mount
$An^r$  Six Carriage Guns
$Q^n$  In whose Service was you and Who was to make you Satisfact$^n$ for Your Wages
$An^r$  I was in the King of Spains Service and Ship'd on board s$^d$ Scoon$^r$ by the Officers of the King of Spain at the Havana
$Q^n$  In whose Service was you before you were Ship'd on board the s$^d$ Scooner

*An^r* I belonged to A Spanish Man of war Called the St. Anns at the Havana

*Q^n* What was that Salt designed for you had on board

*An^r* To Salt the Provisions for the Spanish fleet lying then at the Havana

*Q^n* When and where was s^d Scooner taken and by whom

*An^r* She was taken the 5th March N: S within three Leagues of the Havana by Cap^t John Dennis in the Sloop Prince frederick

The Mark of ✕ Gaspar Montpres

COLONY OF R^D ISLAND ETC. At a Court of Vice Adm^y held at Newport in the s^d Colony on Thursday the 12th Ins^t April A D. 1744 at 4 o Clock P: M

Before the Hon^ll Leonard Lockman Esq^r Judge

The Libel and Examinations read

It Appearing Plain from the preparatory Examinations afores^d and the Advocates M^r Honeyman and M^r Updike thought it unnecessary to say anything more Then Expressed in the Libel his Hon^r The Judge decreed the s^d Schooner her Appurtenances and Cargo to be lawfull Prize, the Captures Paying Cost

Leonard Lockman